UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, JOHN T. STANDLEY, DARREN KARST, HEYWARD DONIGAN, and MATTHEW C. SCHROEDER,<br><br>Defendants. | No.: 1:23-cv-00589-JG<br><br>Judge James S. Gwin<br><br>CLASS ACTION |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF RICHARD PATTERSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel for movant Richard Patterson ("Patterson") and proposed Lead Counsel in the above-captioned action ("Action"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Patterson's motion for appointment as Lead Plaintiff for the Class in the Action and approval Patterson's selection of Pomerantz to serve as Lead Counsel and Robert J. Wagoner, with Dittmer, Wagoner & Steele, LLC ("Wagoner"), as Liaison Counsel for the Class in the Action.

2.      Attached hereto as Exhibit A is a true and correct copy of a chart reflecting Patterson's financial interest in the Action.

3.      Attached hereto as Exhibit B is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service announcing the pendency of the Action.

4.      Attached hereto as Exhibit C is a true and correct copy of a shareholder certification executed by Patterson.

5.      Attached hereto as Exhibit D is a true and correct copy of a declaration executed by Patterson.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

7.      Attached hereto as Exhibit F is a true and correct copy of the attorney/firm resume of Wagoner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 19, 2023                          */s/ Jeremy A. Lieberman*
                                                        Jeremy A. Lieberman

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ Robert J. Wagoner*_____
Robert J. Wagoner (0068991)
*Counsel for Richard Patterson and Proposed
Liaison Counsel for the Class*

2