

**107 W. Johnstown Road • Gahanna, Ohio 43230**
**Phone: (614) 471-8181 • Fax: (614) 540-7473 • Email: bob@dwslaw.com**

Robert J. Wagoner is an owner and principal of Dittmer, Wagoner & Steele, LLC (DWS Law). Wagoner has been licensed to practice law in Ohio since 1998. Wagoner specializes in representing plaintiffs in complex litigation. He is admitted to practice in the United States District Court, Northern and Southern Districts of Ohio, as well as the United States Court of Appeals, Sixth Appellate District, United States Supreme Court and all Ohio state courts. Wagoner has experience litigating class actions in Ohio, including in state and federal courts.

Wagoner is an officer of the Ohio Chapter of the esteemed American Board of Trial Advocates and is a past president of the Ohio Association for Justice, the largest statewide organization consisting of plaintiff lawyers.

**COURTS ADMITTED TO PRACTICE:**

Ohio state courts
United States District Court, Northern and Southern Districts of Ohio
United States Court of Appeals, Sixth Appellate District
United States Supreme Court

**PROFESSIONAL MEMBERSHIPS:**

American Board of Trial Advocates (President-Elect, current; Ohio Chapter)
Million Dollar Advocates Forum
The Melvin M. Belli Society
Ohio Association for Justice (President, 2020-2021; President- Elect, 2019-2020; Vice-President, 2018-2019; Treasurer, 2017-2018; Secretary, 2016-2017; Board member, 2006-present; Chairperson, Legislative Committee, 2011-2016; Chairperson, Insurance Law Section, 2006-2011)
Central Ohio Association for Justice (President, 2010-2011; Board member, 2004-2012; Chairperson, Membership Committee, 2002-2004)
American Association for Justice (Council of Presidents, member, 2019-2022)
Ohio State Bar Foundation (Fellow, Class of 2016)
Ohio State Bar Association
Columbus Bar Association

**PROFESSIONAL AWARDS AND RECOGNITION:**

America's Top 100 Attorneys (Ohio)

Best Law Firms in America, DWS Law (2022 and 2023) and Robert J. Wagoner Co., L.L.C. (2016-2021)

Best Lawyers in America, 2015-2023 (2022 Lawyer of the Year – Plaintiff Personal Injury Litigation, Columbus, Ohio)

Super Lawyers 2013-2023 (Top 50 Columbus 2021-2023)

Rising Star (Super Lawyers) 2010-2012

President's Award, Ohio Association for Justice 2022

Respected Advocate Award, Ohio Association of Civil Trial Attorneys 2021

Past President's Award, Central Ohio Association for Justice 2019

Distinguished Service Award, Ohio Association for Justice 2011, 2012 and 2013

President's Award, Franklin County Trial Lawyers Association (now Central Ohio Association for Justice) 2003 and 2007.