**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, JOHN T. STANDLEY, DARREN KARST, HEYWARD DONIGAN, and MATTHEW C. SCHROEDER,<br><br>    Defendants. | CLASS ACTION<br><br>No. 1:23-cv-00589-JG<br><br>HONORABLE JAMES S. GWIN |

**DEFENDANTS' UNOPPOSED MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Rite Aid Corporation, John T. Standley, Darren Karst, Heyward Donigan, and Matthew C. Schroeder ("Defendants"), by and through counsel, hereby move the Court to issue an order transferring this action to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a), because transfer would result in the most convenience for the parties and witnesses, and otherwise promote the interests of justice. Lead Plaintiff Jennifer DaSilva does not oppose this motion. In support of this motion, Defendants rely upon their memorandum of law and the Declaration of Christin Bassett filed herewith.

Dated:   July 20, 2023

Respectfully submitted,

/s/ *Daniel M. Finer*

Daniel M. Finer
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Phone: 412-560-3300
Fax: 412-560-7001
daniel.finer@morganlewis.com

Michael L. Kichline (admitted pro hac vice)
Laura H. McNally (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19104
Phone: 215-963-5000
Fax: 215-963-5001
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was electronically filed on July 20, 2023 with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to all

registered users.

*/s/ Daniel M. Finer*

Daniel M. Finer
