## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

DAVID HOLLAND, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RITE AID CORPORATION, JOHN T. STANDLEY, DARREN KARST, HEYWARD DONIGAN, and MATTHEW C. SCHROEDER,

    Defendants.

CLASS ACTION

No. 1:23-cv-00589-JG

HONORABLE JAMES S. GWIN

### DECLARATION OF CHRISTIN BASSETT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Christin Bassett, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am GVP, Deputy General Counsel at Rite Aid, and am employed by Rite Aid Hdqtrs. Corp. ("RAHC"). I submit this declaration in support of Defendant Rite Aid Corporation's ("RAC") unopposed motion to transfer pursuant to 28 U.S.C. § 1404(a). This declaration is based on my personal knowledge gained through my employment, and on my review of records and information available to me through my employment.

2.    In my role as GVP, Deputy General Counsel, I am familiar with Rite Aid's corporate structure, as well as the identity of the current and most recent former leaders within those functions, as referenced herein.

3.    RAC is a holding company. It holds the stock of Rite Aid's subsidiaries, including RAHC, which is a wholly-owned subsidiary of RAC. Rite Aid's corporate employees are employed by RAHC.

4. Matthew C. Schroeder is Rite Aid's current Chief Financial Officer. Mr. Schroeder resides in Chambersburg, Pennsylvania. Mr. Schroeder regularly travels to Rite Aid's headquarters in Philadelphia.

5. Darren Karst is Rite Aid's former Chief Financial Officer and Chief Administrative Officer. Mr. Karst resides in Lake Forest, Illinois.

6. Heyward Donigan is Rite Aid's former Chief Executive Officer. Ms. Donigan resides in Tampa, Florida.

7. John. T. Standley is Rite Aid's former CEO and Chairman of the Board. Mr. Standley, on information and belief, resides in Mechanicsburg, Pennsylvania.

8. Until 2022, Rite Aid's corporate headquarters was located in Camp Hill, Pennsylvania. Rite Aid's corporate employees primarily worked on site at the Camp Hill headquarters until the pandemic began in 2020, when employees began working remotely from their homes. When Rite Aid moved its corporate headquarters to Philadelphia in 2022 upon opening its corporate collaboration center in Philadelphia, it did not require employees to move. Instead, Rite Aid's corporate employees largely have become a remote workforce. Rite Aid maintains a corporate operations facility in Etters, Pennsylvania where certain employees maintain office space. As a result of these changes, a majority of Rite Aid's corporate employees continue to reside in central Pennsylvania.

9. Rite Aid has corporate employees based in Pennsylvania who work in various departments that are responsible for developing, implementing and overseeing policies and procedures used at Rite Aid stores throughout the United States, including with respect to the dispensing of prescription opioids and other high alert medications, as further described below.

10.     Rite Aid's Corporate Financial Accounting team prepares and files securities filings for Rite Aid, including its Forms 10-K and 10-Q. The team is comprised of a Senior Director, Manager, and two Senior Accountants.

11.     All of the members of the team that prepares and files securities filings for Rite Aid reside in central Pennsylvania, including Carlisle, Mechanicsburg, and Harrisburg.

12.     Rite Aid's Regulatory Affairs Department ("Regulatory Affairs") is responsible for overseeing the regulatory aspects of Rite Aid's business, including quality assurance and regulatory compliance relating to pharmacy practice. As part of that responsibility, Regulatory Affairs provides information, systems and training that support and assist Rite Aid pharmacists in exercising their professional judgment, including with respect to filling prescriptions for controlled substances. Regulatory Affairs has also implemented additional compliance checks at the corporate level in connection with controlled substance prescriptions.

13.     Rite Aid's Government Affairs Department ("Government Affairs") is a subdivision of the Regulatory Affairs Department that is responsible, among other things, for following state and federal legislation with potential impacts on Rite Aid's business, overseeing compliance with state prescription drug monitoring programs, and handling matters relating to the Drug Enforcement Administration. Government Affairs developed and runs Rite Aid's Prescriber Review Program, under which Rite Aid monitors the prescribing activity of potentially suspicious prescribers.

14.     Rite Aid's Pharmacy Operations Department is responsible for, among other things, overseeing Rite Aid's High Alert Controlled Substances Validation Process, which is a six-step process Rite Aid pharmacists use when validating certain high-risk prescriptions, including for opioids.

15. Rite Aid's current Director of Government Affairs resides in Harrisburg, Pennsylvania.

16. Rite Aid's current VP of Regulatory Affairs and Government Affairs resides in Bowie, Maryland.

17. Rite Aid's former (until 2022) VP of Regulatory Affairs ,on information and belief, resides in Boiling Springs, Pennsylvania.

18. Rite Aid's former (until 2023) VP of Pharmacy Operations, on information and belief, resides in Mechanicsburg, Pennsylvania.

19. As the former VP of Pharmacy Operations left Rite Aid in early July 2023, the role has not yet been filled with a new employee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 19, 2023

_____

Christin Bassett