IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR<br><br>Defendants. | No. 2:23-cv-02962- KBG |

## CERTIFICATE OF SERVICE

I, Melissa M. Hartlipp, hereby certify that on September 8, 2023, I caused a true and correct copy of the *Amended Verified Stockholder Derivative Complaint* via ECF filing and notification to all counsel of record.

Dated: September 8, 2023                     Respectfully submitted,

                                            **BIELLI & KLAUDER, LLC**

By:    */s/ Melissa M. Hartlipp*
Ryan M. Ernst (Juris No. 202191)
Melissa M. Hartlipp (Juris No. 333323)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 803-4600
Email: rernst@bk-legal.com
Email: mhartlipp@bk-legal.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (to be admitted *pro hac vice*)
Gregory M. Potrepka (to be admitted *pro hac vice*)
Rachel A. Berger (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: rberger@zlk.com

*Lead Counsel for Plaintiff and the Class*