**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:23-cv-02962-KBH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### INDIVIDUAL DEFENDANTS' MOTION TO STAY

Defendants Heyward Donigan, Matthew C. Schroder, James Peters, Jocelyn Konrad, John T. Standley, Darren W. Karst, and Elizabeth Burr (collectively, the "Individual Defendants"), by and through their undersigned counsel, respectfully move this Court, pursuant to its inherent powers to control its docket, for an Order staying this case as to them through March 8, 2024.  In support of this motion, Individual Defendants rely on their memorandum of law filed herewith and further state as follows:

1.	Defendant Rite Aid Corporation ("Rite Aid") filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of New Jersey on October 17, 2023. *See In re Rite Aid Corporation, et al.*, No. 23-bk-18993 (Bankr. D.N.J.).

2.	On October 17, 2023, Rite Aid filed a Suggestion of Bankruptcy for Rite Aid Corporation and Certain of its Affiliates and Notice of Automatic Stay of Proceedings in this

case. ECF No. 43.  This case is stayed as to Rite Aid pursuant to the automatic stay in 11 U.S.C. § 362(a).

3.      Pursuant to a stipulation between Plaintiff and the Individual Defendants, which was entered by this Court on October 31, 2023, the case against the Individual Defendants is currently stayed until December 14, 2023.  ECF No. 48.

4.      The confirmation hearing for Rite Aid's plan of reorganization is currently scheduled for February 29 and March 1, 2024. Audio Recording of Nov. 21, 2023 Hearing, *In re Rite Aid Corporation, et al.*, No. 23-bk-18993 (Bankr. D.N.J.), ECF No. 739.

5.      A continued stay through the conclusion of the scheduled confirmation hearing is appropriate because the claims against the Individual Defendants are inextricably tied to the claims against Rite Aid, it will not prejudice Plaintiff, and it will otherwise serve the interests of justice for the reasons in Individual Defendants' memorandum of law.

6.      The Individual Defendants expect to have more clarity with respect to the status of the claims against Rite Aid following the confirmation hearing.  The Individual Defendants propose that, at that time, the Individual Defendants will meet and confer with Plaintiff regarding the status of this case and the impact of the confirmation hearing. On or before March 8, 2024, Plaintiff and the Individual Defendants will file a joint status report outlining their respective positions on whether the stay against the Individual Defendants should remain or be lifted.

7.      If the confirmation hearing does not occur as scheduled or otherwise does not end on March 1, 2024, the Individual Defendants propose that Plaintiff and the Individual Defendants still meet and confer at that time and provide the Court with a status report by March 8, 2024.

WHEREFORE, for these reasons and those in their memorandum of law, Individual Defendants respectfully request the Court stay this action through March 8, 2024.

Dated: December 14, 2023                    Respectfully submitted,


                                            */s/ Laura Hughes McNally*
                                            Michael L. Kichline (Bar No. 62293)
                                            Laura Hughes McNally (Bar No. 310658)
                                            Amanda F. Lashner (Bar No. 314443)
                                            Morgan, Lewis & Bockius LLP
                                            2222 Market Street
                                            Philadelphia, PA 19103
                                            Telephone: 215.963.5000
                                            Facsimile: 215.963.5001
                                            michael.kichline@morganlewis.com
                                            laura.mcnally@morganlewis.com
                                            amanda.lashner@morganlewis.com

                                            *Counsel for Defendants Heyward Donigan,
                                            Matthew C. Schroder, James Peters, Jocelyn
                                            Konrad, John T. Standley, Darren W. Karst, and
                                            Elizabeth Burr*

## <u>CERTIFICATE OF SERVICE</u>

I, Laura Hughes McNally, hereby certify that on December 14, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

/s/ *Laura Hughes McNally*
Laura Hughes McNally