## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 2:23-cv-02962-KBH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of December, 2023, upon consideration of Defendants Heyward Donigan, Matthew C. Schroder, James Peters, Jocelyn Konrad, John T. Standley, Darren W. Karst, and Elizabeth Burr's (collectively, the "Individual Defendants'") Motion to Stay, it is hereby **ORDERED** as follows:

1.　The Individual Defendants' Motion to Stay is **GRANTED**;

2.　The Clerk of Court is **DIRECTED** to **STAY** this matter through March 8, 2024;

3.　Following the confirmation hearing for Rite Aid's plan of reorganization scheduled for March 1, 2024, Plaintiff and the Individual Defendants shall meet and confer regarding the status of this case. On or before March 8, 2024, Plaintiff and the Individual Defendants shall file a joint status report outlining their respective positions on whether the stay against the Individual Defendants should remain or be lifted; and

4.      In the event the confirmation hearing does not occur as scheduled or otherwise does not end on March 1, 2024, Plaintiff and the Individual Defendants shall still meet and confer at that time and provide the Court with a joint status report by March 8, 2024.

**IT IS SO ORDERED.**

**BY THE COURT**:

_____

HODGE, KELLEY B., J.