**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | No. 2:23-cv-02962-KBH |
| RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR, ) ) ) ) ) ) | |
| Defendants. ) ) | |

**[PROPOSED] ORDER DENYING
THE INDIVIDUAL DEFENDANTS' MOTION TO STAY**

This matter comes before the Court on the Motion to Stay (ECF 49) filed by Defendants Heyward Donigan, Matthew C. Schroeder, James Peters, Jocelyn Konrad, John T. Standley, Darren W. Karst, and Elizabeth Burr (collectively, the "Individual Defendants"). After reviewing the Motion and all papers in support of and in opposition thereto, **IT IS HEREBY ORDERED**:

1. The Individual Defendants' Motion to Stay is **DENIED**.

2. The parties shall promptly meet and confer and submit a proposed schedule concerning any anticipated motions to dismiss within seven (7) days of this order.

**SO ORDERED** this ___ day of _____, 2024.

_____
HON. KELLEY B. HODGE
UNITED STATES DISTRICT JUDGE