**CERTIFICATE OF SERVICE**

I, David M. Klauder, hereby certify that on January 16, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

/s/ *David M. Klauder* ___
David M. Klauder

17