# Morgan Lewis

**Laura Hughes McNally**
Partner
+1.215.963.5257
laura.mcnally@morganlewis.com

April 9, 2024

**VIA ECF**

The Honorable Kelley Brisbon Hodge
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19103

Re: <u>Holland v. RiteAid Corp. et al., Case No. 23-cv-02962</u>

Dear Judge Hodge:

We represent Rite Aid Corporation ("Rite Aid") and the individual defendants ("Individual Defendants") in the above-captioned matter. We write to produce an update in connection with the Individual Defendants' motion to stay (ECF No. 49).

As the Court is aware, in October of 2023, Rite Aid and certain of its affiliates filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. ECF No. 46. On December 14, 2023, the Individual Defendants filed a motion to stay the instant case as to them until March 8, 2024. At the time of filing, the confirmation hearing for Rite Aid's plan of reorganization was scheduled for February 29 and March 1, 2024. Subsequently, however, the confirmation hearing was rescheduled. Rite Aid now anticipates that the confirmation hearing will occur on April 22, 2024.

Respectfully,

*Laura McNally*

Laura Hughes McNally