IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR,<br><br>    Defendants. | No. 2:23-cv-02962-KBG |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Jennifer DaSilva ("Lead Plaintiff"), voluntarily dismisses all claims against Rite Aid Corporation ("Rite Aid") in the above-captioned action (the "Action") with prejudice as to Lead Plaintiff and without prejudice as to the putative class, and with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Rite Aid has served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action against Rite Aid is effective upon the filing of this notice.

Dated: May 16, 2024                                         Respectfully submitted,

                                                            **BIELLI & KLAUDER, LLC**

                                                            By: _/s/ Shannon L. Hopkins_
                                                            Ryan M. Ernst (Juris No. 202191)
                                                            Melissa M. Hartlipp (Juris No. 333323)
                                                            1204 N. King Street
                                                            Wilmington, DE 19801
                                                            Tel: (302) 803-4600
                                                            Email: rernst@bk-legal.com
                                                            Email: mhartlipp@bk-legal.com

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Rachel A. Berger (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: rberger@zlk.com

*Lead Counsel for Plaintiff and the Class*