**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

DAVID HOLLAND, Individually and on
behalf of all others similarly situated,

     Plaintiff,

v.

RITE AID CORPORATION, HEYWARD
DONIGAN, MATTHEW C. SCHROEDER,
JAMES PETERS, JOCELYN KONRAD, JOHN
T. STANDLEY, DARREN W. KARST, and
ELIZABETH BURR,

     Defendants.

CLASS ACTION

No. 2:23-cv-02962-KBH

---

**JOINT MOTION AND [ ORDER REGARDING BRIEFING SCHEDULE FOR
THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AND TO ALLOW
FOR OMNIBUS MOTION TO DISMISS BRIEFING AND EXTENSION OF
PAGE LIMITS**

WHEREAS, pursuant to a Joint Stipulation and Order Regarding Scheduling dated August 7, 2023 (ECF No. 34), Lead Plaintiff Jennifer DaSilva filed an Amended Complaint (ECF No. 40) on September 8, 2023 against Rite Aid Corp. ("Rite Aid") and individual defendants Heyward Donigan, Matthew C. Schroeder, John T. Standley, Darren W. Karst, James Peters, Jocelyn Konrad, and Elizabeth Burr (the "Individual Defendants" and, collectively with Rite Aid, the "Defendants");

WHEREAS, the Amended Complaint contains 162 pages and 388 numbered paragraphs of allegations and covers a Class Period spanning five years;

WHEREAS, pursuant to the August 7, 2023 Scheduling Order (ECF No. 34), Defendants were required to respond to the Amended Complaint on November 7, 2023; if

Defendants moved to dismiss, Lead Plaintiff was required to file her response by January 12, 2024, and Defendants were required to file their reply by February 26, 2024;

WHEREAS, on October 17, 2023, Rite Aid filed a Suggestion of Bankruptcy for Rite Aid Corporation and Certain of its Affiliates and Notice of Automatic Stay of Proceedings (ECF 46);

WHEREAS, on October 30, 2023, the parties filed a Joint Stipulation and [Proposed] Order Between Lead Plaintiff and Individual Defendants to Stay Proceedings as to Individual Defendants to temporarily stay this Action as to the Individual Defendants who were not subject to the bankruptcy for forty-five days (ECF 47), which the Court entered the following day (ECF 48);

WHEREAS, the 45-day stay period expired on December 14, 2023 and, that same day, the Individual Defendants filed the Individual Defendants' Motion to Stay (ECF 40), which Lead Plaintiff opposed on January 16, 2024 (ECF 54) and which motion is currently pending;

WHEREAS, on May 16, 2024, Lead Plaintiff filed a Notice of Voluntary Dismissal of Rite Aid Corporation, with prejudice as to Lead Plaintiff (ECF 59), leaving the Individual Defendants as the sole remaining defendants in the Action;

WHEREAS, Judge Hodge's Policies and Procedures provide that "any brief of memorandum filed in support of [a] motion should be limited to twenty-five (25) pages. Any brief of memorandum filed in opposition or in response to a motion is subject to the same page limitation. If a party requires more than twenty-five (25) pages to explain its position to the Court, a motion to exceed the page limit should be filed prior to the memorandum deadline, setting forth good cause for granting an exception to this rule."

2

Additionally, "[r]eply briefs, addressing only issues raised in the brief in opposition and not repeating arguments in the brief, . . . shall be limited to ten (10) pages." Judge Kelley B. Hodge's Judicial Policies and Procedures at III (C), (D).

WHEREAS, all remaining Defendants intend to file motions to dismiss;

WHEREAS, the parties have met and conferred on a briefing schedule for the Individual Defendants' forthcoming motions to dismiss and extension of page limits;

WHEREAS, in the interest of efficiency and judicial economy, the parties agree that omnibus briefing is preferable to briefing seven (7) separate motions to dismiss, one filed by each Individual Defendant.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Lead Plaintiff and the attorneys for the Individual Defendants, subject to Court approval, as follows:

1.      the Individual Defendants shall file a single, omnibus motion to dismiss, not to exceed fifty (50) pages on or before July 16, 2024.

2.      Lead Plaintiff shall file a single, omnibus response in opposition to the Individual Defendants' motion to dismiss, not to exceed fifty (50) pages on or before September 13, 2024.

3.      the Individual Defendants shall file a single, omnibus reply in support of their motion to dismiss, not to exceed twenty (20) pages on or before October 29, 2024.

3

Dated:    May 31, 2024                          Respectfully submitted,

/s/ Ryan Ernst                                  /s/ Laura Hughes McNally
**BIELLI & KLAUDER, LLC**                        **MORGAN, LEWIS & BOCKIUS LLP**
Ryan M. Ernst                                   Michael L. Kichline (Bar No. 62293)
Melissa M. Hartlipp                             Laura Hughes McNally (Bar No. 310658)
1905 Spruce Street                              Morgan, Lewis & Bockius LLP
Philadelphia, PA 19103                          2222 Market Street
Telephone: (215) 642-8271                       Philadelphia, PA 19103
rernst@bk-legal.com                             Telephone: 215.963.5000
mhartlipp@bk-legal.com                          Facsimile: 215.963.5001
                                                michael.kichline@morganlewis.com
                                                laura.mcnally@morganlewis.com
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins                              *Counsel for Defendants Heyward*
Gregory M. Potrepka                             *Donigan, Matthew C. Schroeder, James*
Rachel A. Berger                                *Peters, Jocelyn Konrad, John T. Standley,*
1111 Summer Street, Suite 403                   *Darren W. Karst, and Elizabeth Burr*
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
rberger@zlk.com

*Counsel for Lead Plaintiff*

**SO ORDERED**, this ___12th___ day of ___June___, 2024.


/s/ Hon. Kelley B. Hodge
The Honorable Kelley B. Hodge
United States District Judge

4