## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID HOLLAND, Individually and on behalf of all others similarly situated,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 23-2962** |

## O R D E R

**AND NOW**, this 12th day of June, 2024, upon consideration of Defendants' Motion to Stay (ECF No. 49) requesting a stay pending the confirmation hearing in the bankruptcy proceedings involving former Defendant Rite Aid Corporation in *In re Rite Aid Corp., et al.*, No. 23-bk-18993 (Bankr. D.N.J.); Plaintiffs' Voluntary Dismissal of Rite Aid Corporation as a Defendant in this case (ECF No. 59); and the remaining Parties' Joint Motion for Briefing Schedule (ECF No. 60); it is **HEREBY ORDERED** that the Defendants' Motion to Stay (ECF No. 49) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

 

**HODGE, KELLEY B., J.**