**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02962-KBH |
| | ) | |
| RITE AID CORPORATION, HEYWARD DONIGAN, MATTHEW C. SCHROEDER, JAMES PETERS, JOCELYN KONRAD, JOHN T. STANDLEY, DARREN W. KARST, and ELIZABETH BURR, | ) | ORAL ARGUMENT REQUESTED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Heyward Donigan, Matthew Schroeder, James Peters, Jocelyn Konrad, John Standley, Darren Karst, and Elizabeth Burr hereby move this Honorable Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, for the dismissal of Plaintiff's Amended Complaint with prejudice. In support thereof, Defendants submit the attached Memorandum of Law.

Dated: July 16, 2024

Respectfully submitted,

*/s/ Michael L. Kichline*

Michael L. Kichline (Bar No. 62293)
Laura Hughes McNally (Bar No. 310658)
Abigail Tootell (Bar No. 329041)
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 191032
Telephone: 215.963.5000
Facsimile: 215.963.5001

michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
abigail.tootell@morganlewis.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Michael L. Kichline, hereby certify that on July 16, 2024, I caused a copy of the

foregoing to be filed with the Clerk of the Court using the CM/ECF electronic filing system,

which will provide electronic notice to all counsel of record.

*/s/ Michael L. Kichline*
Michael L. Kichline