**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID HOLLAND, Individually and on
behalf of all others similarly situated,

Plaintiff,

v.

HEYWARD DONIGAN, MATTHEW C.
SCHROEDER, JAMES PETERS, JOCELYN
KONRAD, JOHN T. STANDLEY, DARREN W.
KARST, and ELIZABETH BURR

Defendants.

Class Action

No. 2:23-cv-02962- KBG

Honorable Kelley Brisbon Hodge

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiff's

Motion for Leave to File Surreply in Further Opposition to Defendants' Motion to Dismiss the

Amended Complaint, good cause being shown, it is hereby **ORDERED** that the motion is

**GRANTED**.  The Surreply attached to Plaintiff's Motion as Exhibit A is **DEEMED FILED**.

_____
Hodge, J.