IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLLAND and<br>HAROLD SETLIFF,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHN T. STANDLEY,<br>DARREN KARST,<br>HEYWARD DONIGAN,<br>MATTHEW C. SCHROEDER,<br>JAMES PETERS,<br>JOCELYN KONRAD and<br>ELIZABETH BURR,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 23-2962 |

**O R D E R**

**AND NOW**, this 21st day of August, 2025, upon consideration of the Defendants' Motion to Dismiss (ECF No. 64), the responses thereto (ECF No. 66, 67), and the oral argument held on January 7, 2025 (ECF No. 75), **IT IS ORDERED** that the Motion is **GRANTED.** Plaintiff's Amended Class Action Complaint (ECF No. 40) is **DISMISSED WITH PREJUDICE.** The Court Clerk shall **LIFT THE STAY** and mark this matter as **CLOSED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**